KNOX and another vs. THE PEOPLE'S INSURANCE COMPANY OF NEWARK.

*December 17, 1880 — January 11, 1881.*

*Reversal of Judgment.*

A judgment is reversed upon the ground that the court erred in its finding upon the litigated question of fact.

APPEAL from the Circuit Court for *Fond du Lac* County. The plaintiffs appealed from a judgment in favor of the defendant.

For the appellants there was a brief by *Raymond & Haseltine*, their attorneys, with *Vilas & Bryant* of counsel, and oral argument by *Wm. F. Vilas*.

*G. W. Cate*, for respondent.

LYON, J. The facts in this case are the same as in *Knox v. Lycoming Fire Ins. Co.*, *supra*.

At the trial the parties stipulated that all of the material allegations of the complaint are true, and submitted the cause

upon the single question of fraudulent concealment of facts by the plaintiff. That question was tried by the court, without a jury, on the testimony which had been given on the same question in the other case. The issue was found against the plaintiffs. On the same testimony we held in the other case that the finding was erroneous. It must be held so here.

*By the Court.*— Judgment reversed, and cause remanded with directions to the circuit court to give judgment for the plaintiffs for the relief demanded in the complaint.